**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-7045**

_____

T. THORNE-EL,

                    Plaintiff – Appellant,

          v.

CHARLES SANDERS; IRVIN RYAN, JR.; LAWRENCE SOLOMON;
ROBERT C. LEWIS,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge. (5:12-ct-03029-FL)

_____

Submitted:  October 22, 2013        Decided:  October 25, 2013

_____

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

T. Thorne-El, Appellant Pro Se. Jodi Harrison, NORTH CAROLINA
DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

T. Thorne-El appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Thorne-El v. Sanders, No. 5:12-ct-03029-FL (E.D.N.C. June 20, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED